# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-613
Lower Tribunal No. 20-CA-000348

_____

WILLIAM JENSEN, SR., and JESSICA F. CONDRET a/k/a JESSICA CONDRET,

Appellant,

v.

LAKEVIEW LOAN SERVICING, LLC,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Christine H. Greider, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Malcom E. Harrison and Michelle Moore, of Law Office of Malcom E. Harrison, P.A., Wellington, for Appellants.

Dorrella L. Gallaway, of Troutman Pepper Hamilton Sanders, LLP, Atlanta, Georgia, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED